AO 442 (Rev. 11/11) Arrest Warrant

| | | |
|---|---|---|
| AUSA: Stephen Carr | | Telephone: (313) 226-9100 |
| Special Agent: Lorin Allain | | Telephone: (313) 226-0430 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Dovid Akiva SHENKMAN

Case No.  24-30507

**FILED**
NOV 2 6 2024
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Dovid Akiva SHENKMAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(a)(2) - Distribution and receipt of child pornography
18 U.S.C. § 2252A(a)(5)(B) - Possession of child pornography

Date:  November 25, 2024

_____
*Issuing officer's signature*

City and state:  Detroit, Michigan

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/25/24, and the person was arrested on *(date)* 11/24/24
at *(city and state)* Detroit, MI

Date:  11/25/24

_____
*Arresting officer's signature*

Shadi Elredo, Special Agent
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA