

# Yeshiva Chachmey Lublin · ישיבת חכמי לובלין

בס"ד

**Horav Moshe Rothenberg**
HONORARY ROSH YESHIVA
ראש ישיבת חכמי לובלין
דיטרויט, מיש. משנת תשי"ב

**Horav Chaim Shlomo Rothenberg**
ROSH YESHIVA

ENDORSED BY
**Horav A. Bick**
רב בעץ חיים, בבורו פארק
**Horav P. Hirschprung**
מונטריאול, קאנאדה
**Horav A. Pam**
ראש ישיבה תורה ודעת
**Horav M. Stern**
דברצינער רב

SPONSORING COMMITTEE
Abish Brodt
Rabbi Michel Chill
Boruch Doppelt
Rabbi Binyomin Freidler
Chaim Gruenberg
Shlomo Landau
Hershel Landau
Yosef Ostreicher
Rabbi Meyer Pilchick
Yehudah Leib Puritz
Shlomo Hersh Spitzer
Rabbi Nisson Wolpin

Honorable Judge Leitman,

I have known Akiva since he is a young boy and have been in touch with him all these year. I knew his mother and his esteemed grandfather, as we were neighbors and I was second cousins with Akiva's grandmother.

While I am getting on in years and am no youngster, I can tell you that Akiva is a good boy and a very religious boy.

He go to daven (pray) and keeps the Sabbath according to the laws. He is always doing favors for people. We learned Torah together for many years where he would come to my house at night to learn with me. I have been a widower for many years, and Akiva would always run if I need help. He fixes things around my house and stops and does chessed whenever he is needed.

He often gives me handy advice and is patient on the phone with me even though I don't always understand what he is saying right away.

Another thing about Akiva is that he never raises his voice or says bad things about people. And his job is physically very tough. I saw how he had customers who didn't pay him. While I knew he was frustrated, he never got angry at them and he didn't talk bad about them. He is relaxed and calm and always says please and thank you.

He is too dedicated to the community and the people he helps, like me, to abandon us. Also, he will always try to do what's right.

Sincerely,
Chaim Shlomo Rothenberg
718-926-8953

Office: 411 Avenue F, Brooklyn, N.Y. 11218  •  Tel. (718) 436-0529

# THE LAW OFFICE OF IZIDOR MIKHLI, PLLC
3118 Quentin Road, 2nd Floor, Brooklyn, New York 11234
Tel (212) 933-9298 Fax (718) 795-4378
Email: izidor@mikhlilaw.com

---

December 11, 2024

The Honorable Matthew F. Leitman
United States Federal District Court Magistrate Judge
Eastern District of Michigan

Re: Akiva Shenkman

Dear Judge Leitman,

    Kindly accept this letter as a character reference for Akiva Shenkman. I have known Akiva since 2010. I worked with his brother Yisroel and continue to do so until this day. I represented Akiva when he purchased his home as well as when he eventually sold it. Through my relationship with his brother, I have shared many dinners, holiday parties and family celebrations/occasions with the entire Shenkman family. My family and I have also invited him to many sabbath meals in the hopes of setting him up. My entire family adores him. Throughout that time, he has never said or done anything remotely negative to anyone present and has been nothing but kind, respectful and thoughtful.

    Akiva works as an HVAC technician and is my first call when I need help in that area. Additionally, I have referred him to many friends and family members who dealt with similar issues and have had nothing but positive feedback from everyone, thanking me for the referral.

    He is a very well-liked and respected member of his community and poses no threat as a flight risk whatsoever. Whatever it is that has caused him to end up where he currently is, knowing him the way I do, it would be nothing more than an opportunity for him to correct whatever issue he is dealing with, which is something I am confident he would take upon himself and successfully accomplish.

    I thank you in advance for taking the time to read this and in the event any follow up is needed, I can be reached at the number above or on my cell phone at (917) 626-2959. Thank you.

Sincerely,

Izidor Mikhli, Esq.

Hillel M. Shenkman

206 Martin Ave

Staten Island, NY 10314

December 10, 2024

The Honorable Matthew F. Leitman

United States Federal District Court Magistrate Judge

Eastern District of Michigan

Dear Judge Leitman,

I am writing to you in my capacity as his brother to offer a character reference for Akiva D Shenkman, who is currently before your court regarding a legal matter. It is with great sincerity that I hope this letter provides a deeper understanding of the person he is and the positive impact he has had on everyone fortunate enough to know him.

Growing up in a broken home, my siblings and I faced countless challenges, moving from one place to another, often with no stability or security. We bounced between parents' homes, frequently changing schools, and struggling to find a sense of belonging. Despite these overwhelming obstacles, Akiva remained remarkably grounded. He exhibited a resilience that I can only admire, refusing to allow his circumstances to define him. Where many could have become bitter or lost, Akiva chose a path of grace, perseverance, and hope. Watching him navigate our turbulent upbringing, I saw him time and again make the difficult choice to rise above the chaos, proving that the struggles we faced didn't have to determine who we became.

Despite the upheaval, Akiva remained a shining example of decency and moral integrity. Even when faced with overwhelming difficulties as a family, Akiva was the one who consistently provided support, showing up for others when it was needed most. He never turned to negative outlets like drugs, alcohol, or violence—he consistently chose to put others first.

Whether it was helping a friend, a family member, or anyone in need, Akiva has always been there with a listening ear, an open heart, and a helping hand. I've witnessed this countless times, as he would drop everything to offer his support, never expecting anything in return. Akiva's selflessness is a hallmark of his character, and it is this generosity that makes him truly special.

I remember a time when I was going through a tough period financially, struggling to make ends meet. Without hesitation, Akiva quietly stepped in, offering me financial help. He never sought recognition or credit, but I could see the sacrifice he made. His actions were a testament to the selflessness that defines him. His willingness to give, even when it meant personal hardship, speaks volumes about his character.

I've also witnessed Akiva's incredible willingness to lend a hand in more practical ways. Whether it was fixing broken things around the house or helping with repairs, Akiva has always been the first to step in and offer his assistance. His skill and determination in these situations have been a great source of relief, and his efforts were always given without hesitation or expectation of anything in return.

Akiva is beloved by everyone who knows him. It's not just his family who looks up to him—his friends, neighbors, and even acquaintances can speak to his generosity and integrity. The outpouring of support from those around him during this difficult time has been overwhelming. Many have reached out to express their admiration for him, offering to help however they can. His kindness is infectious, and it's clear that he has touched the lives of so many in meaningful ways.

While I do not have full knowledge of the details of the case before your court, I do know that Akiva is not someone who would intentionally harm another. I am confident that Akiva never intended to cause harm. We are all human, and while mistakes are part of life, they do not define us. The yetzer hora, the inclination to err, is a challenge we all face, but it is through learning

from our mistakes that we grow. Any misstep on Akiva's part was not born out of malice or ill intentions. Instead, his actions throughout life have consistently reflected kindness, generosity, and a deep desire to uplift others. His goodness is evident not only in how he interacts with people but also in the way he approaches challenges, always with an open heart and a helping hand. Whether it's offering support to a friend or family member or rolling up his sleeves to fix something broken around the house, Akiva's character shines through. He is always there for others, going above and beyond to make sure they are taken care of, with no thought of reward. His fundamental goodness and moral strength have been the cornerstone of his life.

A large portion of our family is not even aware of the situation Akiva is facing. I have kept this matter under wraps to protect his dignity and prevent any unnecessary distress for him or our family. While I considered asking other family members to write letters in support of him, I chose not to involve them due to the sensitive nature of the matter. I believe that by respecting Akiva's privacy during this time, I can help preserve his sense of dignity and ensure that he is not further burdened by unnecessary scrutiny. I know that protecting his reputation is of great importance to him, just as he has always done for others.

It is my firm belief that Akiva has the capacity to learn from this experience and grow stronger as a result. He has always been someone who seeks to improve and better himself, and I know that he will reflect deeply on this experience. Akiva has my full support as he works to move forward and continue making a positive impact in the lives of those around him.

Thank you for taking the time to consider my perspective. Please do not hesitate to contact me at (347)979-5525 or hlshenkman@gmail.com if I can provide any additional information.

Sincerely,

*Hillel Shenkman*

Hillel M. Shenkman

# Congregation Alesk Linden

13 W Elm Street Linden NJ 07036
718-781-0408

To Judge Leitman,

Akiva has been a life long friend. We grew up together because he attended my father's synagogue near our homes.

I know him as the most reliable individual and a man of his word.

He volunteeres to help with the synagogue's maintenance and I always see him assisting on other communnal needs on a consistent and emergency basis. He consistently attends the synagogue's Torah classes. And, I've watched how he carefully navigates the sale of chometz (selling of leaven before Passover), for himself and his disabled mother – who he tends to with a sincere devotion. His honesty and meticulousness is what makes him stand out.

I, his friends, and the community know Akiva as a person to rely on. He is an asset to the community and poses no flight risk, as his friends and family are rallying around him to help move forward.

Yours sincerely,

Yoel Mendel Ashkenazi

12/10/2024

*Malkie Citrin*

404-435-2222
565 Greenland, Sandy Spring GA
reallygreatsite.com

To the Honorable Judge Lightman,

I am the older sister of Akiva Shenkman.

I have 7 children and have always felt completely safe with them in Akiva's presence. My husband is a lawyer and we often have guest in our home. We are overprotective of our children and do not allow questionable people into our home. We don't see Akiva often because we live in Atlanta, GA, but when myself and my children get to visit, it is always a great time, with his calm and practical demeanor.

This past summer my oldest son got married and my little boys clambered to dance with Akiva at the wedding. They love interacting with him. He is a very good sport. He displays healthy boundaries always. The day after the wedding he kindly took them to Goodwill and bought them a bunch of toy cars and airplanes. As an overprotective mother, I trust my instincts and if Akiva came for a visit next week, I would feel comfortable with him in my home and hanging out with my kids.

I have a 16 year old daughter who is in boarding school in Toronto. When he went there to visit his friend, he thoughtfully asked me if she would like to be taken out to a restaurant, which is a treat for high schoolers who board. I had zero qualms about agreeing to his offer and my daughter, who rarely sees him, was thrilled. She didn't hesitate for a second to jump on the offer for dinner out with her uncle, and neither did I - nor would I in future.

Akiva is a person who all his friends know they can count on. I will never forget the story he told me about one particular friend who, upon graduating his bartending course, went with his fellow graduates to a bar in Manhattan to celebrate. Later that night, this friend found himself drunk, unable to even make out the street sign closest to him, no less find his way home. He knew the person to call though. Akiva took his call in middle of the night and guided him to help figure out where he was.

*Malkie Citrin*

404-435-2222
565 Greenland, Sandy Spring GA
reallygreatsite.com

Akiva jumped in his car, pumped up the heat and raced to rescue his friend. He found him on the street corner freezing and shivering terribly due to the cold winter temp. Akiva put his finger down his throat to make him vomit to save him from the potential of choking on his own vomit. He placed him in his warm car and saw him safely into his home. Akiva is always thinking about how he can help others. He has connections at his local markets who give him their old produce. He hand delivers it to people in his community who he knows could use it.

In his business of heating and cooling, he goes above and beyond for his customers. He will stop at nothing to fix their equipment so they are not suffering from heat or cold, and to prevent them from having to invest in new expensive units if he can help it.

Akiva believes that everyone deserves to spend Shabbos surrounded by friends and regularly hosts meals for anyone looking for somewhere to go.

I can confidently assure you that Akiva is not a flight risk or danger to the community. I believe that his behavior is an expression of unresolved pain stemming from a challenging childhood. I know that he wants to have a fulfilling productive life and needs the support and guidance of professionals to help him heal and grow.

Thank you for reading this letter.
Sincerely,
Malkie Citrin

Yosef Abramovitz & Sylvie Farkas
46 Dell Park Avenue
Toronto, ON, M6B 2M6
Canada
6479966704

To the honorary Judge Leitman,

I am writing this letter to provide my support for Akiva Dovid Shenkman and to share my perspective on his character, his strong ties to his community, and his trustworthiness. I have known Akiva for 30 years in my role as a close friend, and I can attest to his dedication to his responsibilities and the positive contributions he has made to those around him.

I firmly believe that he is not a danger to society. In my time knowing him, Akiva has consistently shown kindness, respect for others, and a calm and rational demeanor. For example, when Akiva helped a struggling neighbor during a difficult time. Akiva noticed that his elderly neighbor, who lives alone, was having trouble keeping up with yard work and grocery shopping. Without being asked, Akiva stepped in and began mowing their lawn, shoveling snow during the winter, and even running errands to ensure they had food and supplies.

This level of compassion and selflessness is not uncommon for Akiva. His willingness to go out of his way to assist someone in need, without expecting anything in return, is a clear testament to his strong moral character and commitment to helping others.. His actions have always reflected a deep respect for others and a commitment to doing what is right.

Moreover, Akiva has significant ties to his community - specifically the Gerrer Shtiebel (Jewish Synagogue) where he prays daily; as well as to his family - his mother, 2 brothers and 2 sisters. They provide his grounding and his "home base". His connections there display dedication and stability. Akiva maintained a Heating/Cooling company within his community for the last 12 years. He is the "go to" contact for HVAC Services and is well known within his community as a reliable trustworthy business owner. These connections show that Akiva is deeply rooted and invested in this community, making him highly unlikely to flee.

My husband and I have known Akiva for years and the first impression he leaves with everyone he meets is that he would give you the shirt off his back and that he has a heart of gold. That hasn't changed in the many years I've known him. We trust him implicitly and are his biggest cheerleader.

I respectfully ask that his character, history, and strong ties to his community be taken into consideration. I firmly believe that he can remain safely within society without posing any harm or risk.

If you have any questions or require further information, please do not hesitate to contact me at 6479966704 or shaindyabramovitz@gmail.com

Thank you for your time and consideration.

Sincerely,
Yosef Abramovitz & Sylvie Farkas

Yisroel N. Shenkman

1505 East 17th Street

Brooklyn NY 11230

The Honorable Mathew F. Leitman

My name is Yisroel Shenkman. Akiva Dovid Shenkman is my younger brother we are three years apart in age. I am married with eight children and live two blocks away from my younger brother. Akiva has been a guest of our home for over 18 years and is the greatest brother a man can ask for. Akiva is not and has never been a threat to anyone in any society in any way. Akiva is honorable individual and a man of his word. Akiva will show up when needed and will not run away from dealing with any issues regardless of the surrounding conditions. Knowing there's a problem is already half the solution. We as a family will assume responsibility that Akiva will get the assistance he is in need of and assume responsibility for his actions as a grown man. Akiva is a good person and he is not a flight risk. Please allow Akiva the opportunity to be released and do right.

Yisroel Shenkman



**From the Desktop of Michal Deutsch, MSW**

Author of *Kedushas HaGuf: A Guide for Jewish Parents on Talking to their Sons about Puberty*
Healthcare Compliance Researcher
Community Presenter on Parent Education for the Prevention of Child Sexual Abuse

December 9, 2024

Hon. Matthew F. Leitman

United States Federal District
Court Magistrate Judge
Easter District of Michigan

Your Honor,

Akiva is my brother. I am 3 years younger than him. There is nobody like Akiva. He is honest, generous, he has integrity, and he is fiercely faithful to his family, his friends and to what he believes.

Let me tell you about him so you understand who he is. One recent example is how Akiva came to NJ and spent the entire Sunday installing two split units in my home. He even gave me the units for free. He didn't charge me for a job that he could make upward to $10,000. Nevermind all the handyman work he does for his parents and his siblings. When Akiva leaves your house, your house is left better than it was before he arrived.

A few weeks ago, I wanted to fly out for a friend's funeral, I didn't have the funds, he loaned me more $700 for my last minute flight. In general, any time I have a large expense, I know that he would loan me money, no questions asked. And he never follows up asking for repayment.

One day I called Akiva to tell him about a friend of mine with 4 children that was drowning in debt and owed her local grocery store over $1k. I asked him if he was willing to give a few hundred dollars to assist toward the debt. He said he could help out without giving a definitive number. It turns out that he called the grocery store and anonymously paid off her entire debt. He didn't tell me. *He never seeks accolades for the good things he does.*

Years ago, Akiva was working as a kosher supervisor in a restaurant. They offered him over $10k to do Passover koshering and supervision. This required more complex knowledge of Jewish law that he didn't feel wholly competent. They increased their offer when he told them he wasn't qualified - to try to convince him to do it. He walked away. He wasn't going to take a job when he felt it would be fraudulent to the consumers.

If you are stuck in a blizzard, stranded, need help - at any hour - Akiva shows up to rescue you. Everyone simply expects it of him because he has conditioned us by his generosity of spirit.

Cont'd next page...

Michal Deutsch, MSW
Director of Research and Development
Compliance Consulting Group, Brick, NJ
ddeutsch@compliancecgllc.com - for work-related matters
mdeutsch.mrs@gmail.com - for personal communications
732.569.4670 - cellphone



**From the Desktop of Michal Deutsch, MSW**

Author of *Kedushas HaGuf*: A Guide for Jewish Parents on Talking to their Sons about Puberty
Healthcare Compliance Researcher
Community Presenter on Parent Education for the Prevention of Child Sexual Abuse

Cont'd

And instead of being depressed and reliant on others because he isn't married with children, he hosts friends for Friday night and Saturday Sabbath meals where he might serve you deep-fried fish, deep-fried beef, and deep-fried ice cream. He gives back by hosting these meals instead of constantly expecting invitations. (These are social norms in our community)

Akiva is non-judgmental. If you are a black person from the projects, a white person from the mountains, a rich person from the city or an immigrant from another country, Akiva will talk to you in earnest and find commonality. He is grateful to his Walmart cashier, kind to the car mechanic assistant, and tips the valet service. He shows "*kavod habriyus*" - respect to all living things.

He may not be charismatic, influential, or rich. And he may still watch cartoons, but everyone likes and respects him. And if you're lucky to be his friend or family - of which he has many - he will travel 16 hours+ to help you move. Like he did for me when I was pregnant more than 12 years ago. He showed up to Chicago, packed my apartment and drove a U-Haul while I was vomiting and my husband was holding my hair. (We took a plane and he drove the truck in sleet during January - no payment requested, no complaints, no resentment).

As a social worker, therapist, community collaborator and abuse prevention educator, I am hyper aware of grooming behaviors in adults. Akiva has NEVER demonstrated any type of grooming behavior to any of my children or his other nieces and nephews. *What I know was that he had very early childhood exposure to terrible sexually explicit material online and sexual abuse.*

I am asking that you allow him to attend a rehabilitation center so that he can begin his journey to healing. He has done so much for me, and we all rely on him. Especially our divorced, aging parents - requiring double the amount of parental assistance.

Michal Deutsch, MSW

Director of Research and Development
Compliance Consulting Group, Brick, NJ
ddeutsch@compliancecgllc.com - for work-related matters
mdeutsch.mrs@gmail.com - for personal communications
732.569.4670 - cellphone



**From the Desktop of Michal Deutsch, MSW**

Author of *Kedushas HaGuf*: A Guide for Jewish Parents on Talking to their Sons about Puberty
Healthcare Compliance Researcher
Community Presenter on Parent Education for the Prevention of Child Sexual Abuse

Cont'd

In his first week at Midland County Akiva discovered a 3 hour+ podcast episode on porn addiction, sexual abuse, and childhood trauma - that he asked me to share with our mother. Sharing this podcast was monumental, it is his way of saying "this happened to me". *He has been living in a tortured and silent shame all these years, but now that he was exposed, he is ready to tackle his trauma and his behaviors head on.* This is a good guy who is ready to do the right thing, and as I, and his friends demonstrate - doing the right thing is the nature of his very being.

**Akiva needs therapeutic rehabilitation not retribution.**

Thank you for your consideration.

Michal Deutsch nee Shenkman
Lakewood, NJ
December 9, 2024

Michal Deutsch, MSW
Director of Research and Development
Compliance Consulting Group, Brick, NJ
ddeutsch@compliancecglic.com - for work-related matters
mdeutsch.mrs@gmail.com - for personal communications
732.569.4670 - cellphone

December 10, 2024

347-624-5527

3911 Ave. P, Brooklyn, NY

# Steven Lustig

---

Your Honor,

I have been a friend of Akiva Shenkman for over 15 years and can speak for his character.

Over the years I have seen him perform countless deeds for friends, family and community- from taking a day off of work to help a friend move, to constantly offering to help others with groceries.

Akiva opens his front porch to the public to distribute free food to those who need it, regardless of who they are.

Just recently, Akiva helped a neighbor evaluate and sell their car, passing on the opportunity to get a good deal for himself.

Professionally, I've similarly witnessed Akiva pass on financial opportunities which he felt went against his moral responsibility of providing quality service to customers, even if that meant he would lose the business to others with less integrity.

Akiva is a kind, honest and charitable individual which the community appreciates heavily, and I hope you can take this into consideration when evaluating his character.

Thank you,
Steven Lustig

Yehoshua Klein
1009 East 29 St.
Brooklyn NY, 11210
(646) 675 6562
Shua@ShuaKstudios.com

December 10, 2024

To the honorable presiding Judge Matthew Leitman,

I have known Dovid Akiva Shenkman for a long time. I was his housemate for several years, and remain his close friend. We lived together at his current residence of 1149 E. 18 Street in Brooklyn until I got married in 2017. Besides living together, I have gone on road trips and weekends with him, I have slept in the same room with him many times, I have camped with him, I have joked with him, gone to social events and parties with him, and prayed with him in synagogue. He has attended my wedding, and he hosted one of my post-wedding ceremonies. We still get together regularly on the Sabbaths and holidays for festive meals, and go on trips. I am writing to testify about his character, my experiences with him, and some observations about his behaviors. I specifically want to highlight that nothing I have seen indicates that he is a danger to anyone, or a risk to the community, or a flight risk.

I am also a fellow firearms enthusiast, I have gone to ranges and classes with him. He has always been safe and treated the firearms with respect and has always been generous with his knowledge and equipment in those situations. I have NEVER seen or heard of him threatening anyone with harm. I have never seem him show a firearm to a child in his home.

Dovid Akiva is always willing to help a friend, or a stranger. Before I met him, I know he used to do volunteer roadside assistance, and when we lived together he was part of an on-call group of people with all-wheel-drive vehicles for winter storms. Dovid Akiva is a well liked member of the community, and has no friction with neighbors. I don't attend the same synagogue as him, but I understand he is well regarded there also. Dovid Akiva helped distribute food to neighbors on his front porch (not inside his home), and during Covid was volunteering with a distribution network of food and PPE (Personal protective equipment).

In our Orthodox Jewish community, singles don't have the same social scene, since going to bars/lounges/clubs and dancing is frowned upon, and many singles have trouble with religiously appropriate social meeting places. (By Orthodox Jews, mingling of the sexes in the synagogue is not permitted.) Dovid Akiva has created his own community of singles (and later marrieds with our children) who socialize at meals at his home during the Sabbaths and holidays, which continues to this day. During my time living together with Dovid Akiva, we hosted many happy Sabbath and Holiday meals in the dining room of the home. I met my wife at a similar Sabbath meal, and after the meal, she asked me if I had ever attended a meal at "the house on East 18th St.", not knowing that I lived there and was one of

the hosts! I last attended a meal on this most recent Sukkot holiday (Oct 16-23, 2024) at his home with my wife and kids.

I never really had to take an accounting before of Dovid Akiva's behaviors around kids, but the shocking revelations of this case have forced me to put some serious thought to it. While I am not an expert in this area by any stretch, Dovid Akiva has never shown any signs of being creepy or grooming behaviors near my or other kids as long as I have known him.

I have never seen him to engage with a child in anything related to keeping secrets. I don't recall ever seeing him offer a child treats, and certainly never any form of alcohol or drugs. (While we always owned alcohol in the home, the home is drug free.) Children were never offered alcohol in our house. I have never seen him offering "forbidden" things, even snacks, to my or other kids. I have never seen him separating a child from their parent or the parent from their child under any pretext. He has never expressed or demonstrated any interest in physical contact with children beyond a high five... I have never seen a child sitting on his lap, hugging him, or caressing him, or vice versa, and all of our kids are comfortable around him. Our children are not afraid of him- signs that he never threatened or blackmailed any of them. He seems completely ambivalent to kids being in the house, while he hosts the adults. I have also never seen him acting cool for kids to get them to like him. I have never come into the house to find him alone with a child, or been there when there was a child not accompanied by their parent(s).

Additionally, the 2nd floor (where the bedrooms were of our home) was always strictly off limits to guests.... no children were ever up there (except my son when he was in my room with me when I lived there).

He also doesn't have anything in his home to attract children to visit... the sum of things in his home which kids would occupy themselves with while we were there was a total of one cookie tin of firefighter "action figures" and an old "where's Waldo" book. There is no play equipment or toys on his property... no trampoline, slide, swing, not even an outdoor bench. In short, there is not and was never anything to entice kids into his home.

I also should mention that after going to eat by him, my wife and I (and other guests with kids) often go with our kids to the playground on the next block. I have NEVER seen him enter the park on his corner or the large non-jewish school nearby... he probably has never thought about them as "his neighbors" since he has no connection with them. I take my kids to that playground anytime we are in the neighborhood, and I have never seen him there.

Dovid Akiva is a longtime member of the community, and a fixture of the neighborhood. Has an established business with repeat clients. He has lived in the same home for a long time and is not a transient. He has invested in his business, work vehicle, tools, clients, and equipment. He is well liked by his vendors and fellow tradesmen, who deride his work, which I think is the norm in that industry. Dovid Akiva has family here and a solid social circle. Dovid Akiva has no criminal record. He has never threatened or harmed anyone to my knowledge. I also observe that while verbal skills may not be his strong point, he understands how to live within the additional confines of legal decisions.... I know that

since we both got our permits, he has made sure to comply with the additional limitations which are incumbent upon anyone with a CCW, so if he is released with conditions, I am sure he will carefully comply with them.

The Prosecutors accuse him of being a danger to the community, and are saying that he has been on their radar since 2016, yet no one has EVER accused him of harming anyone since then... he has no history of being a threat to the public that entire time! On the contrary, he has been a friendly neighbor, a model citizen, and never a whiff of inappropriate contact with a minor.

This news has been a shock to all of his friends, we all know him well and trust him, I assume we would all be willing to speak on his behalf.

To be clear, we 100% agree that children are our most precious and vulnerable population, and must be protected at all costs. Children cannot consent to any form of sexual contact. People who harm children should be dealt with in the most severe manner. If you told me that Dovid Akiva had physically molested a child, I would volunteer to plug in the electric chair, personally.

Sadly, the internet and group chats has opened up the doors of shock content and unfortunately desensitized people who are exposed to this regularly. We still see on daily basis videos of crime, death, torture, abuse, and other horrible things, especially on the cutting edge breaking news channels, and the comments sections. Nowadays, it actually takes effort to avoid that. The fact that someone has a video of murder on his phone doesn't make him a murdered, the fact that someone has a video of a gory accident on his phone doesn't make him a mutilator, the videos we all have on our devices now of the war crimes being perpetrated on innocents and combatants does not make us war criminals. Millions of people this week shared the video of the Insurance company executive being shot in NYC, some with great glee, yet none of them are murderers. While I am disgusted that Dovid Akiva would have this content on his phone, I don't think he represents a danger to the public.

Thank you for taking the time to read my letter. I hope that the testimony, anecdotes, and observations I have shared will help guide your decisions dealing with Dovid Akiva in the coming days. May God Almighty continue to guide you in the Pursuit of Justice.

Please feel free to contact me with any questions.

Sincerely,<br>
Yehoshua Klein