

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
DEC 10 2024
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

Case No. 24-cr-20668

v.

Hon. Matthew F. Leitman
United States District Judge

DOVID AKIVA SHENKMAN,

      Defendant.

---

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

I, Dovid Akiva Shenkman, defendant in this case, hereby acknowledge that I have received a copy of the Indictment in this case before entering my plea, and that I have read it and understand its contents. I waive its being read aloud in open Court.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1 –   18 U.S.C. § 2252A(a)(1): *Transportation of Child Pornography*: Not less than 5 years and up to 20 years imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

1

Count 2 –      18 U.S.C. §§ 2252A(a)(5), (b)(2): *Possession of Child Pornography*: Up to 20 years imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

*[signature]*

DOVID AKIVA SHENKMAN,
Defendant

Dated: 12.10.24

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*[signature]*

Attorney for Defendant

Dated: 12.10.27

2