UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                          Case No. 24-cr-20668
                                          Hon. Matthew F. Leitman

DOVID AKIVA SHENKMAN,

    Defendant.
_____/

## ORDER DENYING MOTION FOR REVOCATION OF DETENTION ORDER (ECF No. 19)

On December 11, 2024, counsel for Defendant Dovid Akiva Shenkman filed a motion for revocation of the detention order (the "Motion"). (*See* ECF #19.) The Court held a hearing on the Motion on January 16, 2025. For the reasons stated on the record at the January 16, 2025, hearing, **IT IS HEREBY ORDERED** that the Motion (ECF #19) is **DENIED.**

    **IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: January 17, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 17, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
