UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                        Case No. 2:24-cr-20668-MFL-EAS
                                                Hon. Matthew F. Leitman

Dovid Akiva Shenkman,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Dovid Akiva Shenkman

The defendant(s) shall appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  April 10, 2025 at 01:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/Holly A Ryan
                                                     Case Manager

Dated:  March 10, 2025