UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

              Plaintiff,

v.                                                    Case No. 2:24−cr−20668−MFL−EAS
                                                     Hon. Matthew F. Leitman

Dovid Akiva Shenkman,

              Defendant(s),

_____

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [25] Renewed MOTION for Revocation of Detention Order as to Dovid Akiva Shenkman. **Motion Hearing set for 4/10/2025 at 1:30 PM before District Judge Matthew F. Leitman.** (HRya)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 207.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                              By: s/Holly A Ryan
                                                                                  Case Manager

Dated:   March 10, 2025