UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                                  Case No. 2:24–cr–20668–MFL–EAS
                                                  Hon. Matthew F. Leitman

Dovid Akiva Shenkman,

                    Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE of IN PERSON hearing on [25] Renewed MOTION for Revocation of Detention Order as to Dovid Akiva Shenkman. **Motion Hearing RESET for 4/9/2025 at 2:00 PM before District Judge Matthew F. Leitman.** (HRya)

    All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 207.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/Holly A Ryan
                                                                   Case Manager

Dated:   March 26, 2025