UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 24-cr-20668
Hon. Matthew F. Leitman

v.

DOVID AKIVA SHENKMAN,

    Defendant.

_____/

### ORDER DENYING RENEWED MOTION FOR REVOCATION OF DETENTION ORDER (ECF No. 25)

On February 13, 2025, counsel for Defendant Dovid Akiva Shenkman filed a renewed motion for revocation of the detention order (the "Motion"). (*See* ECF #25.) The Court held a hearing on the Motion on April 9, 2025. For the reasons stated on the record at the April 9, 2025, hearing, **IT IS HEREBY ORDERED** that the Motion (ECF #19) is **DENIED.**

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: April 9, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 9, 2025, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126