# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DOVID AKIVA SHENKMAN,

      Defendant.
_____/

Case No. 2:24-cr-20668
Hon. Matthew F. Leitman

## STIPULATION FOR SUBSTITUTION OF ATTORNEYS FOR DEFENDANT, DOVID AKIVA SHENKMAN

The United States of America and Defendant, Dovid Akiva Shenkman, through their respective counsel, stipulate and agree to the following:

1. That Jaffe Defense Team, PC and Jack L. Jaffe will substitute in as attorney of record for Defendant, Dovid Akiva Shenkman.

**SO STIPULATED.**

Respectfully submitted,

| | |
|---|---|
| **/s/ Sanford A. Schulman (w/email consent)** | **/s/ Jack L. Jaffe** |
| Sanford A. Schulman (P43230) | Jaffe Defense Team, PC. |
| Attorney for Defendant | BY: Jack L. Jaffe (P27576) |
| 500 Griswold St., Ste. 2340 | Attorney for Defendant |
| Detroit, MI 48226 | 411 W. 13 Mile Rd. |
| (313) 963-4740 | Madison Heights, MI 480-71 |
| saschulman@comcast.net | (248) 588-2297 |
| | staff@jackljaffe.com |

Dated: June 4, 2025

# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                         Case No. 2:24-cr-20668
                                              Hon. Matthew F. Leitman

v.

DOVID AKIVA SHENKMAN,

      Defendant.

_____/

## ORDER FOR SUBSTITUTION OF ATTORNEYS
## FOR DEFENDANT, DOVID AKIVA SHENKMAN

      Upon stipulation of the parties and the Court being fully advised of the circumstances,

      **IT IS HEREBY ORDERED** that Jaffe Defense Team, PC and Jack L. Jaffe shall be substituted in for Sanford A. Schulman as the Attorney of Record for Defendant, Dovid Akiva Shenkman.

      **IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  June 4, 2025