UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                        DOCKET NO.: 0645 2:24CR20668-001
                                         HON. MATTHEW F. LEITMAN

vs

DOVID AKIVA SHENKMAN,

    Defendant.
_____/

## DEFENDANT'S AMENDED INDEX OF EXHIBITS

The Defendant, DOVID AKIVA SHENKMAN, by and through his counsel, JAFFE DEFENSE TEAM, P.C., by Jack L. Jaffe submits this index of exhibits to Defendant's Sentencing Memorandum:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Psychiatric Evaluation authored by Dr. Gerald A. Shiener, M.D., Dated July 31, 2025 |
| B | Mitigation Report authored by Dr. Gavriel Fagin, Ph.D. |
| C | Proposed Treatment & Risk-Management Plan, authored by Dr. Gavriel Fagin, Ph.D. |
| D | Compilation of Character Reference Letters, with table of contents |
| E | Portion of sentencing transcript from *United States v. Gerald Alan Benedict*; 1:12-cr-145, regarding the scoring of §2G2.2(b)(6). |

**JAFFE DEFENSE TEAM, P.C.**
411 West 13 Mile Rd.
Suite 150
Madison Heights, MI 48071

(248) 588-2297
Fax (248) 588-6075