# EXHIBIT E

Case 2:24-cr-20668-MFL-EAS   ECF No. 41-2, PageID.457   Filed 09/12/25   Page 2 of 2
Case 1:20-cr-00145-JMB   ECF No. 43, PageID.176   Filed 12/05/24   Page 6 of 27

6

```
 1    potential assessment of $5,000 under the victims -- I forget
 2    the full name of the act.  Victims of trafficking I think.
 3              MR. MEKARU:  I think so.
 4              THE COURT:  In any event, there are no objections to
 5    the scoring, and my scoring is slightly different because as a
 6    matter of policy, I do not score the two offense levels for use
 7    of a computer because as I have said many times in the past in
 8    child pornography cases, because a computer -- in 13 plus years
 9    I have never seen a child pornography case that did not involve
10    the use of a computer, and it really seems to me to be improper
11    to include something that is part of every one of these cases.
12              So that -- at paragraph 43 it shows that there is a
13    two offense level addition for use of a computer.  So taking
14    that out we have an offense level 26, criminal history category
15    III.  The advisory range for custody is 78 to 97 months, but of
16    course, we have the 120-month mandatory minimum, which then
17    actually becomes the advisory range under these circumstances.
18              The same amount of supervised release, five years.
19    The -- I think the fine range remains the same.  It does.
20    25,000 to $250,000.  And the potential for a $5100 special
21    assessment.
22              Now, the Government's sentencing memo -- five years to
23    life for supervised release.  Thank you.
24              The Government's sentencing memo swings between a
25    motion to depart under the guidelines and a variance request,
```