UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                            DOCKET NO.: 0645 2:24CR20668-001
                                                          HON. MATTHEW F. LEITMAN

vs

DOVID AKIVA SHENKMAN,

    Defendant.
_____/

## DEFENDANT'S INDEX OF EXHIBITS

The Defendant, DOVID AKIVA SHENKMAN, by and through his counsel, JAFFE DEFENSE TEAM, P.C., by Jack L. Jaffe submits this index of exhibits to Defendant's Sentencing Memorandum:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Psychiatric Evaluation authored by Dr. Gerald A. Shiener, M.D., Dated September 1, 2025 |
| B | Mitigation Report authored by Dr. Gavriel Fagin, Ph.D. |
| C | Proposed Treatment & Risk-Management Plan, authored by Dr. Gavriel Fagin, Ph.D. |
| D | Compilation of Character Reference Letters, with table of contents |
| E | Portion of sentencing transcript from United States v. Gerald Alan Benedict; 1:12-cr-145, regarding the scoring of §2G2.2(b)(6) |
| F | Interim Review Update to Dr. Gerald A. Shiener, M.D.'s previous report, Dated September 12, 2025 |

**JAFFE DEFENSE TEAM, P.C.**
411 West 13 Mile Rd.
Suite 150
Madison Heights, MI 48071

(248) 588-2297
Fax (248) 588-6075