UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

　　　　　　　Plaintiff(s),

v.

DOVID AKIVA SHENKMAN

　　　　　　　Defendant(s).
_____/

Case No. 2:24CR20668 (1)

Matthew F. Leitman

## NOTICE OF APPEAL

Notice is hereby given that DOVID AKIVA SHENKMAN appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment  ☐ Order

☐ Other: _____

entered in this action on September 17, 2025.

Date: September 22, 2025

Counsel is: RETAINED

JAFFE DEFENSE TEAM, P.C.
BY: JACK L. JAFFE (P27576)
ATTORNEY FOR DEFENDANT
411 W. 13 MILE, STE. 150
MADISON HEIGHTS, MI 48071
248-588-2297
staff@jackljaffe.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.