UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     DOCKET NO.: 0645 2:24CR20668-001
                                                  HON. MATTHEW F. LEITMAN

vs

DOVID AKIVA SHENKMAN,

    Defendant.

_____/

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

NOW COMES the undersigned counsel, JACK L. JAFFE, JAFFE DEFENSE TEAM, P.C., pursuant to Local Rule 83.25(b) and respectfully moves this Honorable Court for an Order permitting withdrawal as attorney of record for Defendant DOVID AKIVA SHENKMAN in the above-captioned matter. In support of this Motion, counsel states the following:

1. That undersigned counsel, Jack L. Jaffe, was retained to represent the Defendant in the above captioned matter.

2. That currently a restitution hearing is pending before the Court without a confirmed date.

3. Defendant, through his mother, has clearly communicated to counsel that they no longer wish to be represented by my office in connection with the restitution hearing. **See attached email correspondence.**

**JAFFE DEFENSE TEAM, P.C.**
411 West 13 Mile Rd.
Suite 150
Madison Heights, MI 48071

(248) 588-2297
Fax (248) 588-6075

1

4. Pursuant to Michigan Rules of Professional Conduct and ethical obligations, counsel cannot continue representation where the client has unequivocally terminated the attorney-client relationship.

5. Withdrawal at this stage will not unduly delay the proceedings or prejudice any party. Defendant is aware of their right to retain alternate counsel or proceed *pro se*.

6. That undersigned has taken reasonable steps to avoid foreseeable prejudice to the rights of the client.

WHEREFORE, for the forgoing reasons, counsel respectfully requests that this Court enter an Order permitting withdrawal as attorney of record for Defendant, DOVID AKIVA SHENKMAN, pursuant to Local Rules 83.25(b).

Respectfully submitted,
JAFFE DEFENSE TEAM, P.C.
By: *Jack L. Jaffe*
Jack L. Jaffe (P27576)
Attorneys for Defendant
411 W. 13 Mile, Suite 150
Madison Heights, MI 48071
(248) 588-2297

Dated: December 29, 2025

JAFFE DEFENSE TEAM, P.C.
411 West 13 Mile Rd.
Suite 150
Madison Heights, MI 48071

(248) 588-2297
Fax (248) 588-6075

# BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD

## INTRODUCTION

Pursuant to Local Rule 83.25(b) and in accordance with Local Rule 7.1(d), undersigned counsel respectfully submits this Brief in Support of the Motion to Withdraw as Attorney of Record for Defendant DOVID AKIVA SHENKMAN. The client has clearly communicated their desire that counsel no longer represent them in connection with the pending restitution hearing, and ethical obligations require counsel to withdraw.

## FACTUAL BACKGROUND

Counsel was retained to represent Defendant in the above-captioned criminal matter. Sentencing has been completed, and a restitution hearing is pending. Defendant, through his mother, has expressly stated that they no longer wish to be represented by undersigned counsel in connection with this proceeding.

## LEGAL STANDARD

**Local Rule 83.25(b)** of the Eastern District of Michigan provides:

"An attorney who has appeared in a case may withdraw only on motion and by leave of court. The motion must be accompanied by a brief."

Under the **Michigan Rules of Professional Conduct (MRPC 1.16(a)(3))**, withdrawal is mandatory where:

"The client discharges the lawyer."

## ARGUMENT

Counsel is ethically obligated to withdraw under MRPC 1.16(a)(3) because Defendant, through his mother, has expressly discharged counsel. Continued representation would violate counsel's ethical duties.

**JAFFE DEFENSE TEAM, P.C.**
411 West 13 Mile Rd.
Suite 150
Madison Heights, MI 48071

(248) 588-2297
Fax (248) 588-6075

3

There is no indication that withdrawal will prejudice any party or delay the proceeding.

Furthermore, courts routinely grant withdrawal in post-sentencing matters when the attorney-client relationship has been terminated, particularly when reasonable notice is provided and the proceeding in question (here, a restitution hearing) allows the client to prepare or obtain alternate counsel.

**CONCLUSION**

For the reasons stated above, counsel respectfully requests that the Court grant the Motion to Withdraw as Attorney of Record.

                          Respectfully submitted,
                          JAFFE DEFENSE TEAM, P.C.
                          By:   *Jack L. Jaffe*
                                 Jack L. Jaffe (P27576)
                                 Attorneys for Defendant
                                 411 W. 13 Mile, Suite 150
                                 Madison Heights, MI 48071
                                 (248) 588-2297

Dated: December 29, 2025

**JAFFE DEFENSE TEAM, P.C.**
411 West 13 Mile Rd.
Suite 150
Madison Heights, MI 48071

(248) 588-2297
Fax (248) 588-6075

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 29, 2025, I caused the foregoing Motion to Withdraw as Attorney of Record to be served upon:

- The United States Attorney's Office via CM/ECF; and

- Defendant DOVID AKIVA SHENKMAN at the following:

    - Via first class mail to Defendant at

        AKIVA DOVID SHENKMAN REGISTRATION NO. 48615-511
        FCI Fort Dix
        FEDERAL CORRECTIONAL INSTITUTION
        P.O. BOX 2000
        JOINT BASE MDL, NJ   08640

    - Via email to the Defendant's mother at emasname@gmail.com

*/s/: Scott J. Kolasa*

**JAFFE DEFENSE TEAM, P.C.**
411 West 13 Mile Rd.
Suite 150
Madison Heights, MI 48071

(248) 588-2297
Fax (248) 588-6075

5

 Outlook

Re: Restitution Requests - Dovid Akiva Shenkman

**From** Debbie Shenkman <emasname@gmail.com>
**Date** Mon 12/29/2025 10:48 AM
**To** Staff <staff@jackljaffe.com>

> EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Akiva will be using a public defender..thank you.

On Mon, Dec 29, 2025, 9:24 AM Debbie Shenkman <emasname@gmail.com> wrote:
> We are not interested.
>
> On Mon, Dec 29, 2025, 9:23 AM Staff <staff@jackljaffe.com> wrote:
>> Good Morning,
>>
>> The fee agreement did not include representation at the restitution hearing. Please let me know as soon as possible whether you would like me to represent your son at the restitution hearing. If I do not hear from you, I will file a motion to withdraw. Please advise, thank you.
>>
>>
>> ***Jack L. Jaffe, Esq.***
>> ***JAFFE DEFENSE TEAM***
>> [411 W. 13 Mile, Ste. 150](#)
>> [Madison Heights, MI 48071](#)
>> Tel:  (248) 588-2297
>> Fax: (248) 588-6075
>>
>> 
>>
>> Confidential: This electronic message and all contents contain information from the law firm of JAFFE DEFENSE TEAM, P.C. which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately (248) 588-2297 and destroy the original message and all copies.