UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                   Criminal No. 24-20668
v.                                 Hon. Matthew F. Leitman


DOVID AKIVA SHENKMAN,

       Defendant.
_____

**STIPULATION TO ADJOURN
DEADLINE FOR DETERMINATION OF RESTITUTION**
_____

The parties, by their respective counsel, stipulate that the deadline for the determination of restitution in this matter be adjourned until June 12, 2026. The parties agree that good cause exists for this request because an adjournment will allow the defense additional time to review and discuss with the defendant the restitution requests and proposed stipulation provided by the government.

On April 9, 2025, Shenkman pleaded guilty to one count of Transportation of Child Pornography (Count One), in violation of 18 U.S.C. § 2252A(a)(1), and one count of Possession of Child Pornography (Count Two), in violation of 18 U.S.C. §§ 2252A(a)(5)(B), without a Rule 11 agreement.

On September 17, 2025, the Court held a sentencing hearing for Shenkman. At the sentencing hearing, the Court sentenced Shenkman to a total sentence of 95 months' imprisonment and 10 years of supervised release. (ECF No. 43, PageID.466-67). The Court

1

deferred the determination of restitution until December 16, 2025, pursuant to 18 U.S.C. § 3664(d)(5), to allow additional time to receive restitution requests and determine the total amount owed.

Counsel for the government received multiple requests for restitution from victims who were depicted in the child sexually abusive material possessed by Shenkman. The Court has also already indicated its intent to award restitution in this manner.

The parties are still in the process of negotiating the amount of restitution. Government counsel has provided the restitution requests and proposed stipulation to defense counsel. Defense counsel needs additional time to review the requests and speak to his client. Accordingly, the parties jointly request that the deadline to determine restitution be reset to June 12, 2026.

IT IS SO STIPULATED.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*s/Tara Hindelang*                              *s/Mitchell Ribitwer (with consent)*
Tara Hindelang                                   Mitchell Ribitwer
Assistant United States Attorney     Attorney for Akiva Shenkman
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9727
Tara.Hindelang@usdoj.gov

Dated: April 15, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Criminal No. 24-20668
Hon. Matthew F. Leitman

DOVID AKIVA SHENKMAN,

Defendant.

_____

**ORDER ON STIPULATION TO ADJOURN
DEADLINE FOR DETERMINATION OF RESTITUTION**

_____

Pursuant to the parties' stipulation, the deadline for the determination of restitution in this matter is adjourned to June 12, 2026.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:   April 15, 2026