UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DOVID AKIVA SHENKMAN,

        Defendant.

Criminal No. 24-cr-20668
Hon. Matthew F. Leitman

_____/

## **STIPULATION REGARDING RESTITUTION**

On April 9, 2025, the defendant, Dovid Akiva Shenkman, pled guilty without a Rule 11 Agreement to one count of Transportation of Child Pornography (Count One), in violation of 18 U.S.C. § 2252A(a)(1), and one count of Possession of Child Pornography (Count Two), in violation of 18 U.S.C. §§ 2252A(a)(5)(B). During the investigation in this case, a forensic examination of the defendant's electronic devices uncovered hundreds of images and videos of child abuse material, some depicting prepubescent minors. The images and/or videos included previously-identified child pornography victims, as indicated below. At sentencing and thereafter, the Court stated its intent to order restitution to victims in this matter.

IT IS AGREED AND STIPULATED between the undersigned counsel for the government and the undersigned counsel for the defendant, with defendant's express consent, that the following individuals are victims of the defendant's convictions in

1

Counts One and Two of the Indictment, as defined under 18 U.S.C. §§ 2259 and 3664, and that a restitution award will be included in defendant's judgment as follows:

- $3,000 for the victim "Ali" of the "Zoofamily1" series payable to "Moore & Van Allen PLLC (Ali)" at Moore & Van Allen PLLC (Ali), Attn: Sarah Byrne/049549.1, 100 N. Tryon Street, Suite 4700, Charlotte, NC, 28202

- $3,000 for the victim "Anna" of the "Middle Model Sister" series payable to "Utah Crime Victims Legal Clinic in trust for Anna" at Utah Crime Victims Legal Clinic, 404 East 4500 South Ste B24, Salt Lake City, UT, 84107.

- $3,000 for the victim "Audrey" of the "Braid&Tile" series payable to "Baker & Hostetler, LLP, ITF 'Audrey'" at 1170 Peachtree St. NE, Suite 2400, Atlanta, GA 30309, ATTN: Accounting Supervisor.

- $3,000 for the victim "Maria" of the "Best Necklace" series payable to "Carol L. Hepburn in trust for Maria" at P.O. Box 17718, Seattle, WA, 98127.

- $3,000 for the victim "Cara" of the "Motorcouch1" series payable to "Carol L. Hepburn in trust for Cara" at P.O. Box 17718, Seattle, WA, 98127.

- $3,000 for the victim "Jenny" of the "Jenny" series payable to "Marsh Law Firm PLLC in trust for Jenny" at Marsh Law Firm PLLC, ATTN: Jenny, P.O. Box 4668 #65135, New York, NY, 10163-4668

- $3,000 for the victim "Lily" of the "Vicky" series payable to "Carol L. Hepburn in trust for Lily" at P.O. Box 17718, Seattle, WA, 98127.

- $3,000 for the victim "April" of the "Aprilblonde" Series payable to "Restore the Child in trust for April" at Restore the Child, PLLC, 2522 N. Proctor St, Ste 85, Tacoma, WA, 98406.

- $3,000 for the victim "Ivy" of the "JBN Flowers2" series payable to "Restore the Child in trust for Ivy" at Restore the Child, PLLC, 2522 N. Proctor St, Ste 85, Tacoma, WA, 98406.

- $3,000 for the victim "Julie" of the "JBN Flowers1 Series" payable to "Restore the Child in Trust for Julie" at Restore the Child, PLLC, 2522 N. Proctor St, Ste 85, Tacoma, WA, 98406.

- $3,000 for the victim "Sloane" of the "Tara" series payable to Carol L. Hepburn in trust for Sloane at P.O. Box 17718, Seattle, WA, 98127.

- $3,000 for victim "Taylor" of the "RedGlassesCry" series payable to "Utah Crime Victims Legal Clinic in trust for Taylor" at Utah Crime Victims Legal Clinic, Attn: Taylor, 404 East 4500 South Ste B24, Salt Lake City, UT 84107

Under the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018 (AVVA), restitution of at least $3,000 per victim is mandatory. *See* 18 U.S.C. § 2259(b)(2).

The parties respectfully request that, as part of the defendant's judgment, the Court enter a restitution order consistent with this stipulation, and request that the defendant work to satisfy his restitution obligation through the Inmate Financial Responsibility Program while he is incarcerated.

**IT IS SO STIPULATED.**

/s/ *Tara M. Hindelang*
Tara M. Hindelang
Assistant U.S. Attorney
211 W. Fort Street, 2001
Detroit, MI 48226
(313) 226-9543
Tara.Hindelang@usdoj.gov

/s/ *Mitch Ribitwer* (with consent)
Mitch Ribitwer
Counsel for the Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DOVID AKIVA SHENKMAN,

        Defendant.

Criminal No. 24-cr-20668
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING RESTITUTION

The parties having stipulated that the following individuals are victims of the defendant's convictions in Counts One and Two of the Indictment, as defined under 18 U.S.C. §§ 2259 and 3664, and therefore entitled to restitution, it is **ORDERED** that the following restitution awards, in the amounts agreed to by the parties, be included in the Defendant's judgment:

- $3,000 for the victim "Ali" of the "Zoofamily1" series payable to "Moore & Van Allen PLLC (Ali)" at Moore & Van Allen PLLC (Ali), Attn: Sarah Byrne/049549.1, 100 N. Tryon Street, Suite 4700, Charlotte, NC, 28202

- $3,000 for the victim "Anna" of the "Middle Model Sister" series payable to "Utah Crime Victims Legal Clinic in trust for Anna" at Utah Crime Victims Legal Clinic, 404 East 4500 South Ste B24, Salt Lake City, UT, 84107.

- $3,000 for the victim "Audrey" of the "Braid&Tile" series payable to "Baker & Hostetler, LLP, ITF 'Audrey'" at 1170 Peachtree St. NE, Suite 2400, Atlanta, GA 30309, ATTN: Accounting Supervisor.

4

- $3,000 for the victim "Maria" of the "Best Necklace" series payable to "Carol L. Hepburn in trust for Maria" at P.O. Box 17718, Seattle, WA, 98127.

- $3,000 for the victim "Cara" of the "Motorcouch1" series payable to "Carol L. Hepburn in trust for Cara" at P.O. Box 17718, Seattle, WA, 98127.

- $3,000 for the victim "Jenny" of the "Jenny" series payable to "Marsh Law Firm PLLC in trust for Jenny" at Marsh Law Firm PLLC, ATTN: Jenny, P.O. Box 4668 #65135, New York, NY, 10163-4668

- $3,000 for the victim "Lily" of the "Vicky" series payable to "Carol L. Hepburn in trust for Lily" at P.O. Box 17718, Seattle, WA, 98127.

- $3,000 for the victim "April" of the "Aprilblonde" Series payable to "Restore the Child in trust for April" at Restore the Child, PLLC, 2522 N. Proctor St, Ste 85, Tacoma, WA, 98406.

- $3,000 for the victim "Ivy" of the "JBN Flowers2" series payable to "Restore the Child in trust for Ivy" at Restore the Child, PLLC, 2522 N. Proctor St, Ste 85, Tacoma, WA, 98406.

- $3,000 for the victim "Julie" of the "JBN Flowers1 Series" payable to "Restore the Child in Trust for Julie" at Restore the Child, PLLC, 2522 N. Proctor St, Ste 85, Tacoma, WA, 98406.

- $3,000 for the victim "Sloane" of the "Tara" series payable to Carol L. Hepburn in trust for Sloane at P.O. Box 17718, Seattle, WA, 98127.

- $3,000 for victim "Taylor" of the "RedGlassesCry" series payable to "Utah Crime Victims Legal Clinic in trust for Taylor" at Utah Crime Victims Legal Clinic, Attn: Taylor, 404 East 4500 South Ste B24, Salt Lake City, UT 84107

**IT IS FURTHER ORDERED** that the Defendant work to satisfy his restitution obligation through the Inmate Financial Responsibility Program while he is incarcerated:

5

6

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 11, 2026